UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTON VUCINAJ,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 18-12867

HON. GEORGE CARAM STEEH

ORDER ACCEPTING REPORT AND RECOMMENDATION,
DENYING PLAINTIFF'S MOTION FOR SUMMARY
JUDGMENT (Doc. 19), AND GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (Doc. 20)

On May 2, 2019, Magistrate Judge David R. Grand issued a report and recommendation proposing that the court grant Defendant's motion for summary judgment and deny Plaintiff's motion for summary judgment. Magistrate Judge Grand further recommends that the court affirm the decision of the Administrative Law Judge in this action for social security benefits. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id.*

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Grand's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Grand's report and recommendation (Doc. 22) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (Doc. 19) is DENIED, Defendant's motion for summary judgment (Doc. 20) is GRANTED, and the ALJ's decision is AFFIRMED.

Dated: May 21, 2019

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 21, 2019, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk